IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY PRETTY ON TOP,<br><br>Defendant. | CR 19-135-BLG-DLC<br><br><br><br>ORDER |

Before the Court is Defendant Anthony Pretty On Top's ("Pretty On Top") Unopposed Motion for Earlier Sentencing Date. (Doc. 33.) While the Court finds that good cause supports the motion, it unfortunately is bound by the logistical obstacles facing the United States Probation Office ("USPO") in completing the presentence investigation report ("PSR"). To date, the USPO represents that it has been unable to schedule an interview with Pretty On Top at Crossroads Correctional Facility in Shelby, Montana. The USPO assures the Court that it is actively working to find an interview date, and it is cooperating with counsel for Pretty On Top to transfer him to a different facility. As the situation currently sits, however, the original sentencing date (*see* Doc. 32) must stand.

Accordingly, pending an update from either the USPO or Pretty On Top that the obstacles to drafting the PSR have been removed, IT IS ORDERED that the motion (Doc. 33) is DENIED.

DATED this 18th day of February, 2020.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court